# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-0553
_____

MICHAEL TROY NELSON,

   Appellant,

v.

MARY ELIZABETH DISSTON,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Dawn Caloca-Johnson, Judge.


February 6, 2024

PER CURIAM.

   AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Troy Nelson, pro se, Appellant.

David Disston, Shane M. Smith, P.A., Melbourne, for Appellee.